UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------X

UNITED STATES OF AMERICA

- against -

EUGENIO PEREZ,

        Defendant.

----------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 30 2017 ★

BROOKLYN OFFICE

UNSEALING ORDER

17-CR-280 (KAM)

      Upon the application of BRIDGET M. ROHDE, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorneys Nicole Argentieri, Marisa Seifan, and Nadia Shihata for an order unsealing the above-captioned matter;

      WHEREFORE, it is ordered that the above-captioned matter be unsealed.

Dated:  Brooklyn, New York
        May 30, 2017

                      S/ Lois Bloom

                      UNITED STATES MAGISTRATE JUDGE
                      EASTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

EUGENIO PEREZ,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

APPLICATION

17-CR-280 (KAM)

       BRIDGET M. ROHDE, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorneys Nicole Argentieri, Marisa Seifan, and Nadia Shihata, hereby makes this application for an order unsealing the indictment in United States v. Eugenio Perez, 17 CR 280 (KAM). The United States respectfully requests that the Court enter the attached proposed order.

                              Respectfully submitted,

                              BRIDGET M. ROHDE
                              Acting United States Attorney

By:      /s/
               Nicole Argentieri
               Marisa Seifan
               Nadia Shihata
               Assistant U.S. Attorneys
               (718) 254-7000