# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __Marilyn D. Go__    DATE: __5/25/17__

DOCKET NUMBER: __17CR280(KAM)__    LOG #: __6:06 – 6:12__

DEFENDANT'S NAME: __Eugenio Perez__
✓ Present  ___ Not Present  ✓ Custody  ___ Bail

DEFENSE COUNSEL: __Kenneth Montgomery__
___ Federal Defender  ✓ CJA  ___ Retained

A.U.S.A: __Nadia Shihata__    CLERK: __Felix Chin__

INTERPRETER: _____ (Language) _____

✓ Defendant arraigned on the: ✓ indictment  ___ superseding indictment  ___ probation violation
✓ Defendant pleads NOT GUILTY to ALL counts.
___ DETENTION HEARING Held.  ✓ Defendant's first appearance.
  ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
  ___ Defendant advised of bond conditions set by the Court and signed the bond.
  ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  ___ (Additional) surety/ies to co-sign bond by _____
  ___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted
  ✓ Temporary Order of Detention Issued. Bail Hearing set for __5/26/17 @ 11:00 AM__

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start __5/25/17__ Stop __6/7/17__

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for __6/7/17__ @ __11:45__ before Judge __Matsumoto__

Other Rulings: _____