AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

___EASTERN___ District of ___NEW YORK___

| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION |
| --- | --- |
| V. | PENDING HEARING PURSUANT TO BAIL REFORM ACT |

___Eugenio Perez___
Defendant

Case Number: 17 CR 280 (KAM)

Upon motion of the ___dft___, it is ORDERED that a detention hearing is set for ___5/26/17___ * at ___11:00 AM___
                                                                          Date                              Time

before ___M. Levy___
         Name of Judicial Officer

___BROOKLYN, NEW YORK___
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) (_____) (_____) and produced for the hearing.
                Other Custodial Official

Date: ___May 25, 2017___

s/ Marilyn D. Go
Judicial Officer

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.