# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __Robert M. Levy__        DATE: __5/26/17__

DOCKET NUMBER: __17CR280(KAM)__        LOG #: __11:34 – 12:00__

DEFENDANT'S NAME: __Eugenio Perez__
✓ Present    ___ Not Present    ✓ Custody    ___ Bail

DEFENSE COUNSEL: __Kenneth Montgomery__
___ Federal Defender    ✓ CJA    ___ Retained

A.U.S.A: __Nadia Shihata / Marisa Seifan / Nicole Argentieri__    CLERK: __Felix Chin__

INTERPRETER: _____ (Language) _____

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

✓ DETENTION HEARING Held.    ___ Defendant's first appearance.

   ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
   ___ Defendant advised of bond conditions set by the Court and signed the bond.
   ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
   ___ (Additional) surety/ies to co-sign bond by _____
   ___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start _____ Stop _____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: __Dfse counsel presented a bail package; gov't opposed; court denied application. Order of detention entered.__